IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| CHARLES PARKER | § | PLAINTIFF |
| | § | |
| v. | § | 1:06-CV-1055-LG-RHW |
| | § | |
| MISSISSIPPI STATE PORT | § | DEFENDANTS |
| AT GULFPORT, et al. | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS MATTER COMES BEFORE THE COURT upon the Motion of the Defendants, the Mississippi State Port Authority ("MSPA"), the Mississippi Development Authority ("MDA"), and the Mississippi State Port at Gulfport to Dismiss [21] the above styled and numbered civil action. For the reasons stated in the Court's Memorandum Opinion and Order of Dismissal in *Young v. Mississippi State Port At Gulfport, et al.*, 1:06-CV-966-LG-RHW, dated January 12, 2007,

**IT IS ORDERED AND ADJUDGED** that Motion of the Defendants, the Mississippi State Port Authority, the Mississippi Development Authority, and the Mississippi State Port at Gulfport, to Dismiss the above styled and numbered cause, should be, and is, hereby **GRANTED.**

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2007.

s/ Louis Guirola, Jr.
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE